UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV -8 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:96-CR-088-PMP-RJJ |
| Plaintiff, | |
| vs. | |
| KATHLEEN MCINTOSH | |
| Defendant. | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#9) on July 15, 1996. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: WELLS FARGO BANK
Amount of Restitution: $6,016.83

Name of Payee: FIRST USA BANK
Amount of Restitution: $4,856.31

Name of Payee: CITIBANK
Amount of Restitution: $2,910.07

Name of Payee: SAKS FIFTH AVENUE
Amount of Restitution: $311.68

Name of Payee: REGIONS FINANCIAL CORP
Amount of Restitution: $1,050.99

Name of Payee: BANK OF NEW YORK
Amount of Restitution: $470.60

Name of Payee: VICTORIA SECRET
Amount of Restitution: $167.25

Name of Payee: COMERICA CORP HEADQUARTERS
Amount of Restitution: $2,739.66

Name of Payee: FIRST CONSUMER NATL BANK
Amount of Restitution: $734.48

Name of Payee: COMENITY BANK
Amount of Restitution: $233.37

Name of Payee: BROADWAY SOUTHWEST
Amount of Restitution: $405.49

**Total Amount of Restitution ordered:** $19,896.73

Dated this ____8____ day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE

GLORIA M. NAVARRO, Chief Judge
United States District Court

2